## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DIRECTV, Inc., a California Corporation,          )
                                                 )
                    Plaintiff,                   )
                                                 )
          v.                                     )          C. A. No. 04-964 (GMS)
                                                 )
BARRY CONNOLLY,                                  )          JURY TRIAL DEMANDED
                                                 )
                                                 )
                    Defendant.                   )

### STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1), to the dismissal of

all claims against Defendant Barry Connolly with prejudice and without attorneys' fees or costs.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP


_____              _____
Melanie K. Sharp                              Barry Connolly
Timothy E. Lengkeek
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6681/6605
Facsimile:  (302) 576-3308

Of Counsel:
Yarmuth Wilsdon Calfo PLLC
Spencer D. Freeman
John Jamnback
Stacie Foster
925 Fourth Avenue, Suite 2500
Seattle, WA 98104

Attorneys for Plaintiff DIRECTV, Inc.

    IT IS SO ORDERED.

    DATED: _____, 2005


                              _____
                              Gregory M. Sleet
                              United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, I electronically filed a true and correct copy of Stipulation and Order of Dismissal with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading. I further certify that on December 2, 2005, I served Stipulation and Order of Dismissal on the following non-registered participants in the manner indicated below

### FIRST CLASS MAIL:

Mr. Barry Connolly
600 Bonnie Lane
Newark, DE 19713

Melanie K. Sharp (No. 2501)
Timothy E. Lengkeek (No. 4116)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681/6605
msharp@ycst.com
tlengkeek@ycst.com

*Attorneys for Plaintiff DirecTV, Inc.*